ORIGINAL

RECEIVED
AUG 2 2 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Industrial Construction, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Frederick J. Hahn, III

Firm Name: Holden Kidwell Hahn & Crapo, PLLC

Post Office Box: PO Box 50130

03-1984C

Street Address: 330 Shoup Avenue, 3rd Floor

City-State-Zip: Idaho Falls, ID 83405

Telephone & Facsimile Numbers: Telephone (208) 523-0620 Facsimile (208) 523-9518

E-mail address: fjhahniii@holdenlegal.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: N A S

See attached Sheet for three digit code.

Amount Claimed: $ 360,839.00

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003

ORIGINAL