IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INDUSTRIAL CONSTRUCTION, INC., )
)
Plaintiff, )
) No. 03-1984C
v. )
) (Senior Judge James F. Merow)
)
THE UNITED STATES )
)
Defendant. )

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of THOMAS B. FATOUROS as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

THOMAS B. FATOUROS
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Thomas B. Fatouros

THOMAS B. FATOUROS
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-5958
Fax: (202) 514-7965

Dated: September 4, 2003