**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| INDUSTRIAL CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1984C |
| | ) | (Senior Judge Merow) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OUT OF TIME**

Pursuant to the Rules of this Court, defendant respectfully requests that the Court grant defendant leave to file this motion out of time. Defendant's response to plaintiff's complaint was due on October 21, 2003. Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 30-day enlargement of time, up to and including November 20, 2003, within which to respond to plaintiff's complaint. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

Government counsel mistakenly calendered the response to be due on October 22, 2003. Due to counsel's absence from the office from October 20, 2003, through October 21, 2003, counsel was unable to correct this mistake in a timely manner.

The request for the enlargement of time is necessitated by the fact that Government counsel and agency counsel require additional time to formulate the United States' position with respect to this complaint. Counsel for defendant has not received the litigation report in this matter from the National Aeronautics and Space Administration. See 28 U.S.C. §520. Without the litigation report, the undersigned counsel is unable to respond to the complaint in a

substantive manner. See RCFC 11. Accordingly, the United States needs additional time to gather information needed to respond meaningfully to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for leave to file a motion for enlargement of time, up to and including November 20, 2003, to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman
ROBERT E. KIRSCHMAN
Assistant Director

s/ Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 514-7965

October 22, 2003

Attorneys for Defendant