# In the United States Court of Federal Claims

No. 03-1984 C

(Filed October 22, 2003)

| | |
|---|---|
| ************************************ | |
| INDUSTRIAL CONSTRUCTION, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| ************************************ | |

**ORDER**

On October 22, 2003, Defendant's Unopposed Motion for Enlargement of Time was filed. Defendant requests a thirty-day enlargement of time, to and including November 20, 2003, within which to respond to plaintiff's complaint.

Accordingly, it is **ORDERED** that defendant's motion, filed October 22, 2003, is **GRANTED**.

s/ James F. Merow
Senior Judge