IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INDUSTRIAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-1984C |
| v. | ) | (Senior Judge James F. Merow) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S ANSWER**

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

2. Denies the allegations contained in paragraph 2 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

3. Admits.

4. Admits the allegations contained in paragraph 4 to the extent supported by the contract cited, which is the best evidence of its contents, otherwise denies the allegations contained in paragraph 4.

5. Admits the allegations contained in the first sentence of paragraph 5 to the extent supported by the claims cited, which are the best evidence of their contents, otherwise denies the allegations contained in the first sentence of paragraph 5. Denies the allegations contained in the second and third sentences of paragraph 5. Defendant avers that NASA considered each of plaintiff's claims and determined that plaintiff was entitled to $7,839.80.

6. Admits the allegations contained in the first through sixth sentences of paragraph 6 to the extent supported by the documents cited, which are the best evidence of their contents, otherwise denies the allegations contained in the first through sixth sentences of paragraph 6. The allegations contained in the seventh sentence of paragraph 6 constitute plaintiff's characterization of its case and conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

7. Denies. Defendant avers that plaintiff's claims sought an aggregate amount of $360,639 and a 57-day contract extension.

8. The allegations contained in paragraph 8 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

9. Defendant's responses to paragraphs 1 through 8 of the complaint are incorporated by reference.

10. The allegations contained in paragraph 10 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

11. Defendant's responses to paragraphs 1 through 10 of the complaint are incorporated by reference.

12. The allegations contained in paragraph 12 constitute plaintiff's characterization of its case and conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

13. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 12, or to any relief whatsoever.

14. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.

ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Thomas B. Fatouros

THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 514-7965

Attorneys for Defendant

OF COUNSEL:
SANDRA M. WOZNIAK
NASA, Stennis Space Center
Office of Chief Counsel
Mail Code CA00
Stennis Space Center, MS 39529-6000

November 20, 2003