# In the United States Court of Federal Claims

No. 03-1984 C
(Filed February 20, 2004)

| | |
|---|---|
| INDUSTRIAL CONSTRUCTION, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

Upon review of the Joint Preliminary Status Report ("JPSR"), filed January 12, 2004, it is **ORDERED**, pursuant to RCFC 16(b) and ¶ 8, Appendix A:

(1) The Proposed Discovery Plan set forth on p. 4 of the JPSR is **APPROVED**, so that discovery shall be completed by November 12, 2004;

(2) Dispositive motions, if any, shall not be filed after December 13, 2004, except by leave of court.

/s James F. Merow
Senior Judge