IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INDUSTRIAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-1984C |
| v. | ) | (Senior Judge Merow) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO STAY DISCOVERY SCHEDULE

On February 20, 2004, upon review of the parties' Joint Preliminary Status Report, the Court ordered that discovery in this case be completed by November 12, 2004. After completion of some discovery, including two depositions taken last week, the parties have decided to attempt to settle the case, including by meeting face-to-face in a settlement conference sometime during the next few months. Therefore, the Parties request that the Court stay and extend the current discovery schedule for 90 days, to permit the Parties to attempt to settle this case without having to simultaneously engage in discovery in order to meet the current November 12, 2004 discovery deadline.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
by s/Brian M. Simkin
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Frederick J. Hahn, III
FREDERICK J. HAHN, III
Holden, Kidwell, Hahn
& Crapo, P.L.L.C.
PO Box 50130
1000 Riverwalk Dr.
Suite 200
Idaho Falls, Idaho 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorney for Plaintiff

June 16, 2004

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

June 17, 2004

Certificate of Filing

I hereby certify that on June 17, 2004, a copy of the foregoing Joint Motion To Stay Discovery Schedule was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL