# In the United States Court of Federal Claims

No. 03-1984 C
(Filed June 17, 2004)

************************************
INDUSTRIAL CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On June 17, 2004, parties' Joint Motion to Stay Discovery Schedule was filed. The parties request that the court stay and extend the current discovery schedule for ninety days to permit parties to attempt to settle this case.

Accordingly, it is **ORDERED** that the joint motion, filed June 17, 2004, is **GRANTED**. Proceedings shall be stayed to and including September 15, 2004.

/s James F. Merow
Senior Judge