# In the United States Court of Federal Claims

No. 03-1984 C
(Filed October 12, 2004)

************************************
INDUSTRIAL CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

By Order, filed June 17, 2004, the Joint Motion to Stay Discovery Schedule was granted. Counsel indicated a need for a ninety-day time period for settlement negotiations.

It is **ORDERED** that on or before November 9, 2004, counsel shall file a brief status report(s) indicating whether settlement is still under consideration and, if not, the schedule(s) proposed for completion of discovery and the submissions required by Appendix A to the court's rules.

s/ James F. Merow
James F. Merow
Senior Judge