IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INDUSTRIAL CONSTRUCTION, INC., Plaintiff, | ) | No. 03-1984C |
| v. | ) | (Senior Judge Merow) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's October 12, 2004 order that the parties report upon whether settlement is still under consideration and, if not, propose schedules for the completion of discovery and the submissions required by Appendix A to the Court's rules, the parties report that settlement is not currently under consideration. The parties engaged in a face-to-face settlement conference September 21 and 22, 2004, and have since engaged in several telephonic settlement conferences and exchanged written materials; however, the parties have not reached a settlement. Although plaintiff has proposed to engage in alternative dispute resolution with the assistance of a third-party neutral, and although defendant continues to consider the potential for settlement, defendant regards the likelihood of settlement of this case, even through the assistance of a third-party neutral, as low. The parties, however, continue to discuss the potential for settlement, but believe that the discovery schedule should resume.

Accordingly, the parties propose the following schedule for the completion of discovery and for Appendix A submissions:

Disclosure of identity of experts and production of expert reports by December 31, 2004;

- Production of expert rebuttal reports, if any, by February 28, 2005;
- Completion of fact discovery by March 31, 2005;
- Completion of depositions of expert witnesses by April 29, 2005;
- Exchange of witness and exhibit lists by May 31, 2005;
- Submission of plaintiff's Memorandum of Contentions of Fact and Law and plaintiff's witness and exhibit lists by July 16, 2005;
- Submission of defendant's Memorandum of Contentions of Fact and Law and defendant's witness and exhibit lists by August 20, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
by s/Brian M. Simkin
ROBERT E. KIRSCHMAN, JR.
Assistant Director

/s Frederick J. Hahn, III
FREDERICK J. HAHN, III
Holden, Kidwell, Hahn
& Crapo, P.L.L.C.
PO Box 50130
1000 Riverwalk Dr.
Suite 200
Idaho Falls, Idaho 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorney for Plaintiff

November 5, 2004

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

November 5, 2004