# In the United States Court of Federal Claims

No. 03-1984 C
(Filed November 10, 2004)

************************************
INDUSTRIAL CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

ORDER

On November 10, 2004, parties' Joint Status Report was filed pursuant to the Order of October 12, 2004. Parties have indicated that they continue to discuss the potential for settlement, but believe that the discovery schedule should resume.

Accordingly, it is **ORDERED** that the parties' proposed schedule for the completion of discovery and for Appendix A submissions is adopted as follows:

(1) Disclosure of identity of experts and production of expert reports by January 3, 2005;

(2) Production of expert rebuttal reports, if any, by February 28, 2005;

(3) Completion of fact discovery by March 31, 2005;

(4) Completion of depositions of expert witnesses by April 29, 2005;

(5) Exchange of witness and exhibit lists by May 31, 2005;

(6) Submission of plaintiff's Memorandum of Contentions of Fact and Law and plaintiff's witness and exhibit lists by July 18, 2005;

(7) Submission of defendant's Memorandum of Contentions of Fact and Law and defendant's witness and exhibit lists by August 22, 2005.

s/ James F. Merow
James F. Merow
Senior Judge