# In the United States Court of Federal Claims

No. 03-1984 C
(Filed April 18, 2004)

*************************************
INDUSTRIAL CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*************************************

## ORDER

On April 15, 2005, the parties tendered for filing a document, Stipulation of Dismissal, pursuant to RCFC 41(a)(1). As this case has been designated as an ECF case, the document tendered was not filed, but was forwarded to chambers for a ruling.

Accordingly, it is **ORDERED:**

(1) Notwithstanding the ECF designation, leave is **GRANTED** to file the tendered Stipulation of Dismissal in paper mode and the clerk shall so file the document;

(2) Upon the filing pursuant to (1) this action shall be **DISMISSED**, pursuant to RCFC 41(a)(1), with prejudice, with each party to bear its own costs and fees.

s/ James F. Merow
James F. Merow

Senior Judge