IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ORIGINAL

| | |
|---|---|
| INDUSTRIAL CONSTRUCTION, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 03-1984C (Senior Judge Merow) |

FILED APR 18 2005 U.S. COURT OF FEDERAL CLAIMS

By leave of the Judge

STIPULATION OF DISMISSAL

The parties stipulate to dismissal of this action pursuant to Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, with prejudice and with each party to bear its own costs and fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

ROBERT E. KIRSCHMAN, JR.
Assistant Director

April 18 2005 - Complaint dismissed pursuant to Rule 41(a)(1)(ii) this day.

FREDERICK J. HAHN, III
Holden, Kidwell, Hahn
& Crapo, P.L.L.C.
PO Box 50130
1000 Riverwalk Dr.
Suite 200
Idaho Falls, Idaho 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorney for Plaintiff

April 4th 2005

TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 307-0361
Facsimile: (202) 514-7965

Attorneys for Defendant

April 14, 2005

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 15th day of April, 2005, I caused to be placed in the United States mail (first-class postage prepaid) a copy of the foregoing STIPULATION OF DISMISSAL addressed as follows:

FREDERICK J. HAHN, III
Holden, Kidwell, Hahn
& Crapo, P.L.L.C.
PO Box 50130
1000 Riverwalk Dr.
Suite 200
Idaho Falls, Idaho 83405

Docket No. 03-1984C

UNITED STATES COURT OF FEDERAL CLAIMS

MEMORANDUM

TO: 5 JUDGE Merow
FROM: CLERK'S OFFICE

The attached was received on 4-15-05
and the following defect(s) is/are noted:

1. ____ Untimely, due to be filed by ________ [Rule 7.2]

2. ____ Proof of service: [Rule 5.1]
____ is missing; ____ is not signed and/or dated;
____ shows service on wrong attorney or of wrong item;
____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief <u>and</u> in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules (or court order) for the filing of this item
7. ✓ This case has been designated as an *ECF* case.
8. ____ ________

[signature]
Deputy Clerk

To: CLERK'S OFFICE

THE ATTACHED ITEM IS TO BE:

✓ Filed by my leave, Sec ORDER (ECF).

***PURSUANT TO THE ACCOMPANYING ORDER:***
***(Note - This is a separately written order)***

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

____ Returned to party.

[signature]
Signature

4/18/05
Date